IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CORY JEFFERSON, et al.,** | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **ABBINGTON JEFFERSON** | : | No. 24-cv-4762 |
| **HOSPITAL, et al.,** | : | |
| *Defendants.* | : | |

## ORDER

**AND NOW**, this **24th** day of **April 2025**, upon consideration of Defendants' Motion to Dismiss (ECF No. 11), Plaintiffs' opposition (ECF No. 13), Defendants' reply (ECF No. 14), and the docket, it is hereby **ORDERED** as follows:

1. Defendants' Motion (ECF No. 11) is **GRANTED** for the reasons set forth in the accompanying memorandum.

2. Plaintiffs' Complaint will be **DISMISSED** without prejudice.

3. Plaintiffs may file an amended complaint within thirty (30) days of the date of this Order. After thirty days, if Plaintiffs do not file an amended complaint, the Court will issue a final order dismissing the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**