### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CORY JEFFERSON, et al., | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| ABBINGTON MEMORIAL | : | No. 24-cv-4762 |
| HOSPITAL, et al., | : | |
| *Defendants*. | : | |

### ORDER

**AND NOW**, this **24th** day of **March 2026**, upon consideration of Defendant's Partial Motion to Dismiss Second Amended Complaint (ECF No. 34), Plaintiff's opposition (ECF No. 39), Defendant's reply (ECF No. 40), and the docket, it is hereby **ORDERED** as follows:

1. Defendant's Motion (ECF No. 34) is **GRANTED IN FULL** for the reasons set forth in the accompanying memorandum.

2. Counts II and III, and all claims for race discrimination against Defendants Karen Homer, Michelle Hanson, and Deb Anderson and all claims for retaliation against all Defendants in Count IV of the Second Amended Complaint (ECF No. 33) will be **DISMISSED** without prejudice.

3. Defendants are ordered to file an answer to the remaining claims in the Second Amended Complaint (ECF No. 33) on or before **April 8, 2026**.

BY THE COURT:

/s/ Chad F. Kenney

_____
**CHAD F. KENNEY, JUDGE**